# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136766

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 136766
COA: 282786
Kent CC: 00-008032-FC

TAN VAN LE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 23, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

s1117

_Corbin R. Davis_
Clerk